**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

COUNTRY INNS AND SUITES BY
CARLSON INC

                                            Case No. 3:09mc84/MCR

    vs

INTERSTATE PROPERTIES LLC, et al.

_____

**O R D E R**

**Letter to "Mr. McCool" with attachments (received 11/16/2009 from Patrick McCorry, Emerald Coast Hospitality LLC)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court. Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading. The body of your pleading should state the nature of your request and what you want the court to do for you.

    The document is not in proper form. A request for a court order must be made by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. See Fed. R. Civ. P.7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion must state with particularity the grounds for seeking the order and the relief sought from the court. See Fed. R. Civ. P. 7(b).

    The document is not double-spaced as required by N.D. Fla. Loc. R. 5.1.(B)(3).

    Signature Blocks. <u>The typed or printed name</u>, The Florida Bar or other state bar number of the attorney, <u>address (including the nine-digit zip code)</u>, telephone, facsimile number <u>of the attorney (or Pro Se party) filing the document</u>, and a notation of which party the attorney represents (counsel for plaintiff or defendant) <u>shall be included in the signature block</u>. An original signature must be affixed to any document which is filed in paper form. See Fed. R. Civ. P. 11(a); N.D.Fla. Loc. R. 5.1(B)(5).

For these reasons, IT IS ORDERED that:

> The document shall be filed in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.
>
> The court accepts the document as Emerald Coast Hospitality, LLC's response to the Writ of Garnishment.

**DONE and ORDERED** this 18th day of November, 2009.

                 s/ *M. Casey Rodgers*
                 **M. CASEY RODGERS**
                 **UNITED STATES DISTRICT JUDGE**